# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Six United States Postal Service Priority Mail Express and Priority Mail parcels, currently in the custody of the United States Postal Inspection Service | Case No. 5:23-MJ-00213 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846 | See attached affidavit |

The application is based on these facts:
  *See attached Affidavit*
  ☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days*: _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

United States Postal Inspector, Anthony H. Jacobs
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Riverside, CA     Honorable Kenly Kiya Kato, U.S. Magistrate Judge
*Printed name and title*

AUSA: John A. Balla (951-276-6246)

## **AFFIDAVIT**

I, Anthony Herrera Jacobs, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of an application for a warrant to search six United States Postal Service ("USPS") Priority Mail Express and Priority Mail parcels, currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 6," and, collectively, the "SUBJECT PARCELS"). The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference into my affidavit.

2. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation

into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are relayed in substance and in part only.

## II. INTRODUCTION

3.   I am a United States Postal Inspector employed by the USPIS.  I joined USPIS in August 2003.  I am currently assigned to the USPIS Los Angeles Division, Narcotics Team and Parcel Task Force, which is responsible for investigating drug trafficking organizations that use parcels to distribute illegal narcotics and/or narcotics proceeds.  As part of my law enforcement duties, I have conducted over 150 parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of 750 parcels containing approximately 80 kilograms of fentanyl, 97 kilograms of cocaine, 613 kilograms of methamphetamine, 10 pounds of heroin, and 5 gallons of PCP.  I have written over 240 search warrants on parcels and residences resulting in currency seizures of over $3 million dollars in drug proceeds.  I have used cooperating defendants in purchases of controlled buys in furtherance of federal cases.  Many of these federal cases involved the search and seizure of digital devices during the investigations.

## III. BACKGROUND, TRAINING AND EXPEREINCE REGARDING THE TARGET OFFENSES

4.   Based on my training and experience as a Postal Inspector, and the experiences relayed to me by fellow Postal

2

Inspectors who specialize in drug investigations, I declare as follows:

      a.   Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

      b.   Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

      c.   The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant

source area for controlled substances. Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

        d. Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

    5. Based on my training and experience, and the collective experiences relayed to me by fellow Postal Inspectors

who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

      a.    The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope.

      b.    The parcel bears a handwritten label, whether USPS Priority Mail Express or Priority Mail.

      c.    The handwritten label on the parcel does not contain a business account number.

      d.    The seams of the parcel are all taped or glued shut.

      e.    The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

      f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

6. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

7. I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases and suspicious parcels. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a

legitimate appearance to the parcel and is almost always paired with a false name.

## IV. STATEMENT OF PROBABLE CAUSE

### A. Initial Investigation of the SUBJECT PARCELS

8. On April 28, 2023, I identified the SUBJECT PARCELS at the San Bernardino Distribution and Processing Center, during routine parcel profiling. In doing so, I saw that the SUBJECT PARCELS met some of the above-mentioned indicia for the identification of parcels containing drugs or drug trafficking proceeds. Specifically, the SUBJECT PARCELS were mailed using USPS Priority Mail Express and Priority Mail, and they did not contain business account numbers.

9. On April 28, 2023, I used law enforcement and open-source databases to look up the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

    a. SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5161 9656 3117 0268 51, weighing approximately 5 pounds 0 ounces, with a return address of "Anthony Rios 11050 Davis St Moreno Valley CA, 92557." CLEAR located the address and was unable to associate "Anthony Rios" to that address. The recipient address listed for SUBJECT PARCEL 1 is "Takisha Daniels 2018 delavan dr. Columbus, Ohio, 43219." CLEAR located the address and was able to connect "Talicia Damiels" to that address.

    b. SUBJECT PARCEL 2 a USPS Priority Mail parcel bearing tracking label number 9505 5148 8229 3117 8766 01, weighing approximately 7 pounds 12.2 ounces, with a return

6

address of "Juana M Rivera V. 12240 InDiAN st Moreno Valley Cal. 92557." CLEAR located the address and was unable to associate "Juana Rivera" to that address. The recipient address listed for the SUBJECT PARCEL 2 is "Aurora Lopez 6904 Bulwer st Detroit MI 48210." CLEAR located the address and was able to connect "Aurora Lopez" to that address.

      c.    SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 4158 3117 2741 55, weighing approximately 7 pounds 3.8 ounces, with a return address of "Carlos Aguilar 83790 Ave 48 Indio CA 92201," CLEAR located the address and was unable to associate "Carlos Aguilar" to that address. The recipient address listed for SUBJECT PARCEL 3 is "Johanna Cruz 229 Harter Street B5 Herkimer NY 13350." CLEAR located the address and was unable to connect "Johanna Cruz" to that address.

      d.    SUBJECT PARCEL 4 is a USPS Priority Mail parcel bearing tracking label number 9505 5138 1113 3117 4450 09, weighing approximately 9 pounds 0.4 ounces, with a return address of "Cynthia Saldana 7630 Keltonview Dr. Pico Rivera CA 90660," CLEAR located the address and was unable to associate "Cynthia Saldana" to that address. The recipient address listed for SUBJECT PARCEL 4 is "Tony Sanchez 743 Adams Road Dupo IL 62240." CLEAR located the address and was unable to connect "Tony Sanchez" to that address.

      e.    SUBJECT PARCEL 5 is a USPS Priority Mail parcel bearing tracking label number 9505 5138 1113 3117 4449 89, weighing approximately 9 pounds 0.0 ounces, with a return

address of "Cynthia Saldana 7630 Keltonview Dr. Pico Rivera CA 90660," CLEAR located the address and was unable to associate "Cynthia Saldana" to that address. The recipient address listed for SUBJECT PARCEL 5 is "Tony Sanchez 743 Adams Road Dupo IL 62240." CLEAR located the address and was unable to connect "Tony Sanchez" to that address.[1]

      f.    SUBJECT PARCEL 6 is a USPS Priority Mail parcel bearing tracking label number 9505 5144 9425 3117 1173 25, weighing approximately 9 pounds 5.8 ounces, with a return address of "WHOLESALESUPPLI 8175 Limonite Ave #A Riverside, CA 92509," CLEAR located the address and was unable to associate "WHOLESALESUPPLI" to that address. The recipient address listed for SUBJECT PARCEL 6 is "Alan Rogers 3735 Roger Hamlin Ct Tallahassee, FL32311." CLEAR located the address and was unable to connect "Alan Rogers" to that address.

**B.  Drug-Detection Dog Alerts to the SUBJECT PARCELS**

10.  On April 28, 2023, based on the suspicious characteristics of the SUBJECT PARCELS, Riverside Police Department Detective David Bee had his trained narcotics detection dog, "Kilo," examine the exterior of the SUBJECT PARCELS. Attached to my affidavit as Exhibit 1, and incorporated by reference, is a true and correct copy of Officer Bee's affidavit describing "Kilo's" training and history in detecting controlled substances.

11.  To examine the SUBJECT PARCELS, USPIS personnel placed them in an area where Officer Bee could perform a canine sniff

---

[1] SUBJECT PARCEL 5 appears related to SUBJECT PARCEL 4.

8

with "Kilo." Officer Bee informed me that "Kilo" gave a positive alert to each of the SUBJECT PARCELS separately, indicating that each of the SUBJECT PARCELS had the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## V. CONCLUSION

12. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this _____ day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE

9

## **ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

1. The following six United States Postal Service ("USPS") Priority Mail and Priority Mail Express parcels seized on April 28, 2023, at the San Bernardino Processing and Distribution Center located in Redlands, California, and currently in United States Postal Inspection Service custody:

    a. SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5161 9656 3117 0268 51, weighing approximately 5 pounds 0 ounces, with a return address of "Anthony Rios 11050 Davis St Moreno Valley CA, 92557." The recipient address listed for SUBJECT PARCEL 1 is "Takisha Daniels 2018 delavan dr. Columbus, Ohio, 43219."

    b. SUBJECT PARCEL 2 a USPS Priority Mail parcel bearing tracking label number 9505 5148 8229 3117 8766 01, weighing approximately 7 pounds 12.2 ounces, with a return address of "Juana M Rivera V. 12240 InDiAN st Moreno Valley Cal. 92557." The recipient address listed for the SUBJECT PARCEL 2 is "Aurora Lopez 6904 Bulwer st Detroit MI 48210."

    c. SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 4158 3117 2741 55, weighing approximately 7 pounds 3.8 ounces, with a return address of "Carlos Aguilar 83790 Ave 48 Indio CA 92201." The recipient address listed for SUBJECT PARCEL 3 is "Johanna Cruz 229 Harter Street B5 Herkimer NY 13350."

    d. SUBJECT PARCEL 4 is a USPS Priority Mail parcel bearing tracking label number 9505 5138 1113 3117 4450 09,

weighing approximately 9 pounds 0.4 ounces, with a return address of "Cynthia Saldana 7630 Keltonview Dr. Pico Rivera CA 90660."  The recipient address listed for SUBJECT PARCEL 4 is "Tony Sanchez 743 Adams Road Dupo IL 62240."

   e. SUBJECT PARCEL 5 is a USPS Priority Mail parcel bearing tracking label number 9505 5138 1113 3117 4449 89, weighing approximately 9 pounds 0.0 ounces, with a return address of "Cynthia Saldana 7630 Keltonview Dr. Pico Rivera CA 90660."  The recipient address listed for SUBJECT PARCEL 5 is "Tony Sanchez 743 Adams Road Dupo IL 62240."

   f. SUBJECT PARCEL 6 is a USPS Priority Mail parcel bearing tracking label number 9505 5144 9425 3117 1173 25, weighing approximately 9 pounds 5.8 ounces, with a return address of "WHOLESALESUPPLI 8175 Limonite Ave #A Riverside, CA 92509."  The recipient address listed for SUBJECT PARCEL 6 is "Alan Rogers 3735 Roger Hamlin Ct Tallahassee, FL32311."

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.   Any controlled substances, including marijuana; cocaine, methamphetamines, opioids (i.e., fentanyl, etc.);

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.   Parcel wrappings used to conceal items described in (a) and/or (b).

# Exhibit 1

## DECLARATION

I, Detective David Bee, being duly sworn, declare and state:

I am a sworn peace officer within the meaning of California Penal Code § 830.1.

## TRAINING AND EXPERIENCE:

I have been a peace officer for the Riverside Police Department for 15 years. I was promoted to the rank of detective and have been serving as a narcotics detective since August 2019. At the beginning of my career with the Riverside Police Department, I attended a six-month police academy. After completing the academy, I was assigned to the patrol division, where I conducted directed patrol and responded to emergency calls for service for 11 years. During this time, I conducted numerous investigations involving subjects that possessed, used, sold, and transported illegal drugs. I observed, arrested, and talked to thousands of subjects while handling or assisting with these investigations.

In August 2019, I was promoted to the rank of Detective and assigned to our Narcotics Unit, where I currently work. I frequently investigate crimes related to illicit drug sales, transportation, trafficking, manufacturing, and other associated drug violations. I have attended schools related to these investigations, including a two-week ICI Narcotics Investigations Course, a two-week ICI Core Course for Investigators, and a course in Street Crimes and Drug Abuse Recognition. In April 2021, I attended a one-week Clandestine Laboratory Certification Course. During these trainings, I received instruction and hands-on experience with how illicit drugs are manufactured, packaged, transported, sold, and ingested. On multiple occasions, I have purchased illicit drugs in an undercover capacity and routinely work with confidential informants during the course of my duties. I frequently interview subjects involved in the drug trade to stay current on the latest trends and have testified as a drug expert in Riverside Superior Court.

/ / /

/ / /

## NARCOTICS K9 TEAM DETECTIVE BEE AND K9 KILO'S TRAINING AND CERTIFICATIONS:

In December 2022, I attended a five-week K9 handler's course taught by Man K9 Inc. in San Diego, California. At the conclusion of the course, K9 "Kilo" (a 2-year-old Belgian Malinois) and I were certified as a drug detection K9 team through Man K9 Inc. and Peace Officer Standards and Training ("P.O.S.T."). K9 Kilo is trained to detect odors of the following controlled substances: methamphetamine, cocaine, heroin, and fentanyl. Certifications typically are conducted bi-annually, and K9 Kilo's most recent certification took place on December 28, 2022. In addition to bi-annual certifications, K9 Kilo's reliability and proficiency are tested on a weekly basis by Man K9 Inc. in a controlled environment. All certifications and most proficiency assessments are conducted "single blind" (where the result is unknown to the handler). Single blind certification and proficiency assessments ensure that the handler cannot "cue" the dog, as the handler does not know the result. All of K9 Kilo's certifications and training are conducted using real contraband that has been tested and confirmed as such. K9 Kilo and I train approximately 25 hours a month in the area of narcotics detection and frequently use circulated and uncirculated United States Currency as a distraction odor.

On Friday, April 28, 2023, United States Postal Inspector Anthony Jacobs requested narcotics detection K9 Kilo's assistance in a narcotics parcel investigation. At approximately 11:00 a.m. on April 28, 2023, K9 Kilo conducted a sniff of the parcel(s) described below and gave a positive alert for the presence of an odor he is trained to detect (methamphetamine, heroin, cocaine, and fentanyl).

/ / /

/ / /

K9 Kilo alerted to the odor of narcotics emitting from the parcels listed below.

#1	United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5161 9656 3117 0268 51.

#2	United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5148 8229 3117 8766 01.

#3	United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5150 4158 3117 2741 55.

#4.	United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5138 1113 3117 4450 09.

#5.	United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5138 1113 3117 4449 89.

#6.	United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5144 9425 3117 1173 25.



_____

Detective David Bee

Riverside Police Department